1  STEVE W. BERMAN
   GEORGE W. SAMPSON
2  TYLER WEAVER
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
   Seattle, WA  98101
4  Telephone:  (206) 623-7292
   Facsimile:   (206) 623-0594
5  steve@hbsslaw.com
   george@hbsslaw.com
6  tyler@hbsslaw.com

7  JENNIFER FOUNTAIN CONNOLLY
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1629 K St. NW, Suite 300
   Washington, D.C.  20006
9  Telephone:  (202) 355-6435
   Facsimile:  (202) 355-6455
10 jenniferc@hbsslaw.com

11 *Attorneys for Plaintiffs*

FILED
CLERK U.S. DISTRICT COURT
JUN 22 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV 06-3701 SVW

| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
|---|---|
| This document relates to all actions. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER**<br>Hearing:    None<br>Time:       None<br>Courtroom:  6<br>Judge:      Hon. Stephen V. Wilson<br>Trial Date: None |

IT IS SO ORDERED
Dated  JUN 22 2012
_(signature)_
United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

1  WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2  consolidated for purposes of coordinated pretrial proceedings;
3  WHEREAS, the parties have reached a global settlement of all twenty-two
4  actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5  two actions with prejudice;
6  NOW, THEREFORE, the parties, by and through their attorneys of record,
7  and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE
8  that this MDL and the following member actions are hereby dismissed with
9  prejudice:
10  (1)  *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11  (RCx) (Chicago Region);
12  (2)  *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13  SVW (RCx) (New York/New Jersey Region);
14  (3)  *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15  SVW (RCx) (Boston Region);
16  (4)  *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17  2:05-cv-06704-SVW-VBK (Los Angeles Region);
18  (5)  *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19  04987-SVW-VBK (Denver Region).
20  (6)  *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21  SVW (RCx) (South Florida Region);
22  (7)  *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23  2382-SVW (RCx) (Philadelphia Region);
24  (8)  *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25  SVW (RCx) (Northern California Region);
26  (9)  *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27  SVW (RCx) (Michigan Region);
28

(10) *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-SVW (RCx) (Northern California Region);

(11) *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-4985(RCx) (Michigan Region);

(12) *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW (RCx) (Carolina Region);

(13) *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-SVW (RCx) (Atlanta Region);

(14) *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-5008(RCx) (Indiana Region);

(15) *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-5012 SVW (RCx) (Boston Region);

(16) *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-5018-SVW (RCx) (Ohio Region);

(17) *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-SVW (RCx) (Philadelphia Region);

(18) *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV 06-5058(RCx) (Houston Region);

(19) *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-SVW (RCx) (Wisconsin Region);

(20) *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-SVW (RCx) (District of Columbia Region);

(21) *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-SVW (RCx) (Arizona Region);

(22) *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW (RCx) (Seattle Region).

Dated: May 22, 2012

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Jennifer F. Connolly
Jennifer F. Connolly
1629 K St. NW, Suite 300
Washington, D.C. 20006
Tel.: (202) 355-6435
Fax: (202) 355-6455
E-mail: JenniferC@hbsslaw.com

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail: Lee@hbsslaw.com
Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email: steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Tel.: (312) 346-2222
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
mrm@wexlerwallace.com

```
 1
 2                                    Lee Squitieri
                                      Olga A. Pettigrew
 3                                    SQUITIERI & FEARON LLP
                                      32 East 57th Street, 12th Floor
 4                                    New York, NY 10022
                                      Tel.: (212) 421-6492
 5                                    Fax: (212) 421-6553
                                      E-mail: lee@sfclasslaw.com
 6
                                      *Co-Lead Counsel and Executive Committee
 7                                    Members*

 8                                    Jeffrey Kodroff
                                      SPECTOR, ROSEMAN, KODROFF &
 9                                    WILLIS, P.C.
                                      1818 Market Street, Suite 2500
10                                    Philadelphia, PA 19103
                                      Tel.: (215) 496 0300
11                                    Fax: (215) 496 6611
                                      E-mail: jkodroff@srkw-law.com
12
                                      Nicholas Chimicles
13                                    Kimberly Donaldson
                                      CHIMICLES & TIKELLIS LLP
14                                    361 W. Lancaster Avenue
                                      Haverford, PA 19401
15                                    Tel.: (610) 642-8500
                                      Fax: (610) 649-3633
16                                    E-mail:  nick@chimicles.com
                                                kimdonaldson@chimicles.com
17
                                      Lance Harke
18                                    HARKE & CLASBY
                                      9699 NE Second Avenue
19                                    Miami, FL 33138
                                      Tel.: (305) 536-8220
20                                    Fax: (305) 536-8229
                                      E-mail: lharke@harkeclasby.com
21
                                      Hollis Salzman
22                                    LABATON SUCHAROW
                                      140 Broadway
23                                    New York, NY 10005
                                      Tel.:(212) 907-0700
24                                    Fax:(212) 818-0477
                                      E-mail: hsalzman@labaton.com
25
                                      *Executive Committee Members*
26
27
28
```

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |

By:   /s/ Jonathan M. Jacobson
Jonathan M. Jacobson
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Colleen Bal
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-8111

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C
Harvey I. Saferstein
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Telephone: (310) 586-3200

**Attorneys for Defendants**